**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SALVADOR ANGEL BASURTO, *individually and on behalf of others similarly situated,*

      *Plaintiff,*

  -against-

SIAM 90 CORP. D/B/A THAI PEPPERCORN), NOPADOL NATNITHITHADHA and PORNTIP NATNITHITHADHA,
      *Defendants.*
-----------------------------------------------------------------X

Civil Action No. **1:25-cv-04706**

**JUDGMENT**

## JUDGMENT

On October 21, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, SALVADOR ANGEL BASURTO, has judgment against SIAM 90 CORP. D/B/A THAI PEPPERCORN), NOPADOL NATNITHITHADHA and PORNTIP NATNITHITHADHA, jointly and severally, in the amount of $100,000 ($100,000.00), which is inclusive of attorneys' fees and costs.

Dated: October 27, 2025

_____
HON. ANDREW L. CARTER, JR
U.S. MAGISTRATE JUDGE